UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

GLADYS PEREZ,

                Plaintiff,

v.

                1:15-CV-0240
                (GTS/CFH)

PATROLMAN JACK WALLACE,

                Defendant.
_____

APPEARANCES:                                  OF COUNSEL:

GLADYS PEREZ
   Plaintiff, *Pro Se*
63 Second Street, Unit 1
Waterford, New York 12188

HON. JOHN J. REILLY                    VALERIE A. LUBANKO, ESQ.
Corporation Counsel for the City of Albany     Deputy Corporation Counsel
   Counsel for Defendant
City Hall
24 Eagle Street
Albany, New York 12207

GLENN T. SUDDABY, Chief United States District Judge

# DECISION and ORDER

       Currently before the Court, in this *pro se* civil rights action filed by Gladys Perez

("Plaintiff") against Jack Wallace, a police officer employed by the City of Albany, New York

("Defendant"), are (1) Defendant's motion to dismiss Plaintiff's Complaint for failure to

prosecute pursuant to Fed. R. Civ. P. 41(b), and (2) United States Magistrate Christian F.

Hummel's Report-Recommendation recommending that Defendant's motion be granted and that

Plaintiff's Complaint be dismissed. (Dkt. Nos. 37, 39.) None of the parties have filed objections

to the Report-Recommendation, and the deadline by which to do so has expired. (*See generally*

Docket Sheet.) After carefully reviewing the relevant papers herein, including Magistrate Judge Hummel's thorough Report-Recommendation, the Court can find no clear-error in the Report-Recommendation.[1] Magistrate Judge Hummel employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein, Defendant's motion is granted, and Plaintiff's Complaint is dismissed in its entirety.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Hummel's Report-Recommendation (Dkt. No. 39) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendant's motion to dismiss Plaintiff's Complaint for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) (Dkt. No. 37) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** in its entirety, and the Clerk of the Court shall enter Judgment in favor of Defendant and close this action.

Dated: May 16, 2016
      Syracuse, New York

                                                    HON. GLENN T. SUDDABY
                                                    Chief United States District Judge

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).